1  McCARTHY, JOHNSON & MILLER
       LAW CORPORATION
2  LORI A. NORD, ESQ., State Bar No. 87993
   ANA PEREZ HALLMON, ESQ., State Bar No. 253309
3  595 Market Street, Suite 2200
   San Francisco, CA  94105
4  Telephone:  (415) 882-2992
   Facsimile:   (415) 882-2999
5  e-mail:      lnord@mjmlaw.us
   e-mail:      ahallmon@mjmlaw.us
6
   Attorneys for Plaintiffs
7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE AND PENSION TRUST FUNDS; MIKE HARDEMAN, TRUSTEE, | No. C 09 6060 SBA  **JUDGMENT BY DEFAULT** |
| Plaintiffs, | |
| v. | |
| NATIONAL CONVENTION SERVICES, a corporation, | |
| Defendant. | |

19     Defendant, National Convention Services, a Corporation, having failed to plead or

20 otherwise defend in this action:

21     Now upon application of the plaintiffs and upon declaration that defendant is indebted to

22 plaintiffs in the amount of *$20,495.58* for liquidated damages, interest, attorneys' fees and costs as

23 provided for by contract and 29 U.S.C. § 1132(g), that defendant is not an infant or an incompe-

24 tent person and is not in the military service of the United States, it is hereby,

25     ORDERED, ADJUDGED AND DECREED that plaintiffs recover of defendant,

26 NATIONAL CONVENTION SERVICES in the amount of $17,125.58, in liquidated damages and

27 prejudgment interest through September 28, 2010, costs in the amount of *$490.00* and attorneys'

28 / / /

1  fees in the amount of $2,880.00, for a total of *$20,495.58*, the entire amount of which is to accrue
2  interest at the rate prescribed by 28 U.S.C. § 1961 from September 28, 2010 until paid.
3      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's contractual
4  right to audit defendant for months prior to this judgment is reserved and not barred by this
5  judgment.

8  Dated: 9/27/10

        */s/ Saundra B Armstrong*
        UNITED STATES DISTRICT JUDGE